# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAGUNA POOL & SPA; AND
AMTRUST NORTH AMERICA,
                           Appellants,
                    vs.
SALVADOR PULIDO,
                           Respondent.

No. 70726

FILED

JAN 26 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument scheduled for February 6, 2018, at 11:30 a.m. in Las Vegas is vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Ronald J. Israel, District Judge
Kathleen J. England, Settlement Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Nevada Attorney for Injured Workers/Carson City
Nevada Attorney for Injured Workers/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-03754